Name and address:
John B. Buda, Bar No. 2651259
1201 W. Huntington Drive, Suite 209
Arcadia, California 91077

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Atlantic Specialty Insurance Company, et al. <br><br> Plaintiff(s), <br><br> v. <br><br> Apex Logistics International Inc., et al. <br><br> Defendant(s), | **CASE NUMBER** <br> 2: 21-cv-08974-SB-SK <br><br><br> **APPLICATION OF NON-RESIDENT ATTORNEY** <br> **TO APPEAR IN A SPECIFIC CASE** <br> ***PRO HAC VICE*** |

## INSTRUCTIONS FOR APPLICANTS

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* ***ELECTRONIC SIGNATURES ARE NOT ACCEPTED.*** *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* ***Out-of-state federal government attorneys are not required to pay the $500 fee.*** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

## SECTION I - INFORMATION

Duffy, Owen F.
_____
*Applicant's Name (Last Name, First Name & Middle Initial)*                    *check here if federal government attorney* ☐

Law Offices of Owen F. Duffy
_____
*Firm/Agency Name*

56 Garden City Avenue                              (516) 721-8793              (212) 235-7022
_____        _____          _____
P.O. Box 919                                      *Telephone Number*          *Fax Number*
_____
*Street Address*

Point Lookout, New York                                  Owen@ODuffy-Law.com
_____        _____
*City, State, Zip Code*                                  *E-mail Address*

**I have been retained to represent the following parties:**

Trans Knights Inc.                                ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____
_____
                                                  ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____
_____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Supreme Court of the State of New York | January 17, 1990 | Yes |
| | | |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  January 27, 2022

Owen F. Duffy
*Applicant's Name (please type or print)*

*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Buda, John B.
*Designee's Name (Last Name, First Name & Middle Initial)*

John Buda Law Offices
*Firm/Agency Name*

1201 West Huntington Drive, Suite 209

626-714-7492          844-804-6756
*Telephone Number*       *Fax Number*

_____

*Street Address*

John.buda@budalawgroup.net
*Email Address*

Arcadia, California   91077

261259

*City, State, Zip Code*

*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated  January 27, 2022

John B. Buda
*Designee's Name (please type or print)*

_____
*Designee's Signature*  by OP  -

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

ATTACHMENT TO APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE
PRO HAC VICE

With respect to the requirement set forth in L.R. 83-.1.3.1 (a), Owen F. Duffy has a requested a
Certificate of Good Standing from the Appellate Division of the Second Department for the
Courts of the State of New York as per the attached email.

The actual Certificate of Good Standing will be presented when it is received.

In the meantime, the Court is requested to see the attached Receipt for Owen F. Duffy's recent
attorney registration which was accomplished on December 15, 2001.

**Subject:** Certificate of Good Standing Request
**Date:**    Thursday, January 27, 2022 at 14:15:13 Eastern Standard Time
**From:**    Appellate Division
**To:**      owen@oduffy-law.com

Dear Owen Duffy,

Your submission has been accepted and is in review.

If you did not submit this request, or have any questions regarding this request, please contact the Appellate Division,
Second Department, ad2-clerksoffice@nycourts.gov.

Thank you,
Supreme Court, Appellate Division

# NEW YORK STATE
## Unified Court System

OFFICE OF COURT ADMINISTRATION
ATTORNEY REGISTRATION UNIT

# RECEIPT

December 15, 2021

**Attorney Registration #:** 2302156
**Batch #:** Online
**Process Date:** 12/15/2021
**Receipt #:** 915865
**Credit Card Ending In:** 4004
**Registration Fee Transaction #:**
151221EC0-FF56C0F3-56C5-48CA-9803-0B3D5468CC01
**Authorization Code:** 282305
**Non-Refundable Service Fee:** $11.21
**Service Fee Transaction #:**
151221EC0-BBEBF282-CBBD-491B-81D4-DB3E7A968C58
**Service Fee Auth. Code:** 249641
**Next Registration:** Jan 2024
**Registration Status:** Currently registered

OWEN F. DUFFY
PO BOX 919
POINT LOOKOUT, NY 11569-0919

This will acknowledge receipt of your 2022-2023 registration as an attorney and receipt of the $375 fee.

**Name:** OWEN F. DUFFY

    First:    OWEN
    Middle:  F.
    Last:    DUFFY
    Suffix:

**DOB:** XX/XX/1954
**SSN:** XXX-XX-3144
AN EXPLANATION OF WHY SOCIAL SECURITY NUMBERS ARE
REQUIRED AS PART OF THIS APPLICATION MAY BE FOUND AT:
http://ww2.nycourts.gov/attorneys/registration/index.shtml

**Admission Data:**

    Year Admitted    1990
    Judicial Dept. of Admission:    2

**Law School:** FORDHAM

**Business Address:**

    Law Offices of Owen F. Duffy
    PO Box 919
    Point Lookout, NY 11569-0919

**Home Address:** (Note: Is public information ONLY if no business is provided.)
    PO BOX 919
    POINT LOOKOUT, NY 11569-0919

**Business County:** Nassau
**Business Phone:** (516) 721-8793
**e-mail** (optional): OWEN@ODUFFY-LAW.COM
Note: If provided, the e-mail address will be made public.

**Home County:** Nassau

**Our records contain information above, return only if changes to the above are required and retain a copy for your records.**

Please review the above information on this receipt for accuracy. The Rules of the Chief Administrator require that this office be notified of any changes to the above information within 30 days of any such change. If changes are required you may make them online.

  ¤ **Online**  1) Go to www.nycourts.gov and Attorney Online Services 2) Make desired changes 3) Print a corrected receipt.
                             - OR -
  ¤ **By Mail** 1) Circle the item 2) Enter the correct information directly on the receipt 3) Sign and date the receipt 4) Return to the address at the
        bottom of the receipt.

  Signature: _____      Date: _____

**Child Support Oblig. §3-503:** No obligation
**CLE:** Hours Completed: 25.5

**Part 1200 (1.15) Affirmation:** Yes

**Pro Bono Reported:**  Yes

ADDRESS: P.O. BOX 2806 CHURCH STREET STATION, NEW YORK, NY 10008
PHONE: (212) 428-2800 ¤ EMAIL: NYATTY@NYCOURTS.GOV ¤ WEBSITE: www.nycourts.gov