UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ATLANTIC SPECIALTY INSURANCE CO. *et al*,

                             Plaintiffs,

-v-

APEX LOGISTICS INTERNATIONAL INC. *et al*,

                             Defendants.

22 Civ. 5277 (PAE)

ORDER OF DEFAULT JUDGMENT

---

PAUL A. ENGELMAYER, District Judge:

On November 16, 2021, plaintiff Indemnity Insurance Company of North America ("IINA") and four other subrogated cargo insurers (collectively "plaintiffs") filed a Complaint in this case in the United States District Court for the Central District of California. Dkt. 1. On March 30, 2022, plaintiffs filed proof of service for defendant Tianshi Logistics Co., Ltd ("Tianshi"). Dkt. 67. Tianshi's deadline to answer or otherwise respond was April 20, 2022. In June 2022, the case was transferred to this Court by order of the United States Judicial Panel on Multidistrict Litigation. Dkts. 76–77. Tianshi has not responded or otherwise appeared in this case.

On July 25, 2024, plaintiffs obtained a Clerk's Certificate of Default. Dkt. 108. Pursuant to this Court's Individual Rules and Practices, on September 10, 2024, plaintiffs filed a motion for default judgment, supporting declarations, and a proposed default judgment order. Dkts. 113–16. On September 11, 2024, the Court issued an order to show cause ordering Tianshi to appear and oppose the motion for default judgment by October 2, 2024. Dkt. 117. On September 12, 2023, plaintiffs served Tianshi with the motion for default judgment, supporting

documents, and the Court's order to show cause. Dkt. 118. Tianshi has not since filed an appearance or any opposition to plaintiffs' motion for default judgment.

Pursuant to Federal Rule of Civil Procedure 55(b), the Court has reviewed plaintiffs' motion for default judgment, Dkt. 113, and plaintiffs' supporting declarations, Dkts. 114–15. Because proof of service has been filed, the defendant has not answered the complaint, the time for answering the complaint has expired, and the defendant failed to appear to contest entry of a default judgment, the Court enters default judgment for plaintiffs against defendant.

The Court, by separate order, will commission an inquest into damages. The Clerk of the Court is respectfully directed to terminate the motion pending at Docket 113.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 3, 2024
       New York, New York

2